DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEBUCHADNEZZAR WRISPER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-475

[May 30, 2019]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case Nos. 2015CF009248AXX and 2015CF003159AXX.

Nebuchadnezzar Wrisper, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***